No. A187-113

| | | |
|---|---|---|
| **KLEIN INVESTIGATIONS & CONSULTING AND PHILLIP KLEIN, INDIVIDUALLY** | § § § | **IN THE DISTRICT COURT OF** |
| VS. | § § | **JEFFERSON COUNTY, TEXAS** |
| **DYLAN HOWARD, WIDE EYE COMMUNICATIONS, CROCMEDIA** | § § § | 58th **JUDICIAL DISTRICT** |

### PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, KLEIN INVESTIGATIONS & CONSULTING AND PHILLIP KLEIN, INDIVIDUALLY, Plaintiffs in the above-entitled and numbered cause and files Plaintiffs' Original Petition, complaining of DYLAN HOWARD, WIDE EYE COMMUNICATIONS AND CROCMEDIA, Defendants, and for a cause of action would show the following:

### PARTIES

1. Plaintiffs, Klein Investigations & Consulting and Phillip Klein, Individually, are appearing in court through their attorney of record.

2. Defendant, Dylan Howard, is an individual who can be served with process at his place of employment, 55 Wall Street, Suite 824, New York, New York 10005.

3. Defendant, Wide Eye Communications can be served can be served with process through its Managing Editor, Dylan Howard, 55 Wall Street, Suite 824, New York, New York 10005.

4. Defendant, Crocmedia can be served with process through its Sales Manager, Roeann Brensinger, 6464 Sunset Boulevard, Suite 830, Hollywood, California 90028.



EXHIBIT 1

### DISCOVERY PLAN

5. Discovery should be conducted under Level 3 and Plaintiffs request the entry of a scheduling order.

### JURISDICTION AND VENUE

6. The amount in controversy is within the jurisdictional limits of this Court. Venue is proper in this Court, since a substantial portion of the acts or omissions occurred in Jefferson County, Texas.

### FACTS AND CAUSES OF ACTION

7. The Defendants, Dylan Howard and Crocmedia, made fraudulent representations and/or negligent misrepresentations to the Plaintiffs in order to induce them to enter into a non-disclosure agreement, by which these Defendants promised to pay $80,000.00 to the Plaintiffs in order to obtain all confidential information regarding the disappearance of Patrick McDermott in the possession of Plaintiffs relating to the subject story. These Defendants, along with the additional Defendants of Wide Eye Communications then absconded with confidential information belonging to the Plaintiff, and literally stole his story, falsely claiming that the information upon which their story was based subsequently became generally available by publication, commercial use or otherwise, to no fault of the Defendants.

The Plaintiffs, therefore, sue all the Defendants, jointly and severally, for tortious interference with business relationships, conversion of Plaintiffs' property, unlawfully converting and/or tortiously interfering with Plaintiffs' trade secrets. Plaintiff also sues for



the imposition of a constructive trust and a receiver, to force the Defendants to account for all revenue and/or profits they generated based upon the confidential information they obtained with fraudulent intent from the Plaintiffs.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs, KLEIN INVESTIGATIONS & CONSULTING AND PHILLIP KLEIN, pray that Defendants, DYLAN HOWARD, WIDE EYE COMMUNICATIONS AND CROCMEDIA, be cited to appear and answer herein as the law directs, and that upon final hearing, Plaintiffs have and recover judgment of and from Defendants pursuant to the above and foregoing allegations in such amounts as the evidence may show proper at the time of trial, together with interest thereon at the maximum legal rate, for costs of Court, and for such other and further relief, both general and special, statutory or common law, at law and in equity, to which Plaintiffs may be justly entitled.

Respectfully submitted,

JOHN S. MORGAN
Texas Bar No. 14447475
HARRIS, DUESLER & HATFIELD, LLP
550 Fannin, Suite 650
Beaumont, Texas 77701
Telephone: (409) 832-8382
Facsimile: (409) 833-4240
ATTORNEY FOR PLAINTIFFS



I CERTIFY THIS AS A TRUE COPY
Witness my Hand and Seal of Office

JUL 16 2010

LOLITA RAMOS, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS
BY _____ DEPUTY



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| KLEIN INVESTIGATIONS & CONSULTING AND PHILLIP KLEIN, INDIVIDUALLY | § § § | |
| Texas citizens, | § | CASE NO. |
| Plaintiffs, | § § | JURY |
| vs. | § | JUDGE |
| | § | |
| DYLAN HOWARD, WIDE EYE COMMUNICATIONS, AND CROCMEDIA | § § § § | |
| Defendants. | § § | |

## PARTY LIST

1. Klein Investigations & Consulting – Plaintiff

2. Phillip Klein, Individually – Plaintiff

3. Dylan Howard – Defendant

4. Wide Eye Communications – Defendant

5. Crocmedia - Defendant


EXHIBIT 2

≈JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Klein Investigations & Consulting and Phillip Klein, Individually

## DEFENDANTS
Dylan Howard, Wide Eye Communications, Crocmedia

**(b)** County of Residence of First Listed Plaintiff  **Jefferson**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  **Los Angeles**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
John Morgan; Harris, Duesler & Hatfield, LLP.; 550 Fannin, Ste. 650, Beaumont, TX 77701; (409) 832-8382

Attorneys (If Known)
Bruce M. Partain; Wells, Peyton, Greenberg & Hunt, LLP.; PO Box 3708, Beaumont, TX 77704; (409) 838-2644

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC sec. 1332, 1441, and 1446
Brief description of cause:
Plaintiffs assert Defendants breached a non-disclosure agreement by disclosing Plaintiffs' information

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 80,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):  JUDGE _____  DOCKET NUMBER _____

DATE: 07/19/2010

SIGNATURE OF ATTORNEY OF RECORD: /s/ John M. Partain

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# CIVIL DOCKET, DISTRICT COURT

CASE NO. A-0187113-

| NUMBER OF CASE | NAMES OF PARTIES | ATTORNEYS | KIND OF ACTION | DATE OF FILING |
|---|---|---|---|---|
| A-0187113- | KLEIN INVESTIGATIONS AND CONSULTING VS HOWARD, DYLAN | MORGAN, JOHN S PLFT NO ATTORNEY AT THIS TIME DEFT | CONSUMER/COMMERCIAL | 6/21/2010 |
| | | | DISPOSITION DATE | JURY FEE  DATE |
| DATE OF ORDERS | | ORDERS OF THE COURT | | PROCESS |

I CERTIFY THIS AS A TRUE COPY
Witness my Hand and Seal of Office

JUL 16 2010

LOLITA RAMOS, DISTRICT CLERK
JEFFERSON COUNTY, TEXAS
BY _____ DEPUTY



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| KLEIN INVESTIGATIONS & CONSULTING AND PHILLIP KLEIN, INDIVIDUALLY | § § § | |
| Texas citizens, | § | CASE NO. |
| Plaintiffs, | § § | JURY JUDGE |
| vs. | § § | |
| DYLAN HOWARD, WIDE EYE COMMUNICATIONS, AND CROCMEDIA | § § § § | |
| Defendants. | § | |

## ATTORNEY LIST

Bruce M. Partain
WELLS, PEYTON, GREENBERG & HUNT, LLP
Texas Bar No. 15548400
bpartain@wellspeyton.com
550 Fannin, Suite 600
Beaumont, Texas 77701
Telephone (409) 838-2644
Facsimile: (409) 838-0416
*Attorneys for Defendants Dylan*
*Howard and Wide Eye*
*Communications, PTD, Ltd.*

John Morgan
Harris, Duesler & Hatfield, LLP
Texas Bar No. 14447475
john_morgan9@msn.com
P.O. Box 830
Beaumont, Texas 77704-0830
Telephone (409) 832-8382
Facsimile: (409) 833-4240
*Attorney for Plaintiffs Klein Investigation &*
*Consulting and Phillip Klein, Individually*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| KLEIN INVESTIGATIONS & CONSULTING AND PHILLIP KLEIN, INDIVIDUALLY | § § § | CASE NO. |
| Texas citizens, | § | JURY |
| Plaintiffs, | § | JUDGE |
| vs. | § § | |
| DYLAN HOWARD, WIDE EYE COMMUNICATIONS, AND CROCMEDIA | § § § § | |
| Defendants. | § § | |

## PARTY REQUESTING JURY TRIAL

Prior to removal, none of the parties to this action has requested a jury trial.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| KLEIN INVESTIGATIONS & CONSULTING AND PHILLIP KLEIN, INDIVIDUALLY<br>   Texas citizens,<br>   Plaintiffs,<br>vs.<br><br>DYLAN HOWARD, WIDE EYE COMMUNICATIONS, AND CROCMEDIA<br><br>   Defendants. | § § § § § § § § § § § § § | CASE NO.<br>JURY<br>JUDGE |

## STATUS OF REMOVED CASE

The status of the removed case, *Klein Investigations & Consulting and Phillip Klein, Individually v. Dylan Howard, Wide Eye Communications, and Crocmedia*, from the District Court, 58th Judicial District, Jefferson County, Texas, is **PENDING**.

Case 1:10-cv-00410-TH　Document 1-1　Filed 07/19/10　Page 10 of 13 PageID #: 17



ABOUT　　SERVICES　　CORPORATE & CONTENT　　MEDIA TRAINING　　NEWS AGENCY　　CLIENTS　　CONTACT

Media Content
Production & Distribution

Communications
& Partnership Solutions

## CORPORATE & CONTENT

Crocmedia Corporate and Content is the content production and distribution division. The division also provides branded content, advertising and sponsorships tailored to achieve client's advertising and business objectives. TV distribution services create a pathway for television programming to air in international markets.

Crocmedia Corporate and Content also operates Media Ready, Crocmedia's media training division.

### LATEST NEWS

A-list celebrities support the Save Darfur Coalition
More...

Crocmedia gets stylish with Colin Megaro
More...

Lemongrass House?
More...

Steak's a blast at the Prime Society
More...

### NEWSLETTER ARCHIVE

Click here for newsletter archives

Site Designed by Savi Communications PL　|　Copyright Crocmedia 2008　| Disclaimer　|　Los Angeles　|　New York　|　Singapore　|　Melbourne

EXHIBIT
3



ABOUT   SERVICES   CORPORATE & CONTENT   MEDIA TRAINING   NEWS AGENCY   CLIENTS   CONTACT

> Crocmedia is as good as it gets in generating media coverage in America.
>
> Jake Tyson, Redback Tools

## LOS ANGELES

Brooke George

+1 323 382 0102

6464 Sunset Boulevard,
Suite 830,
Hollywood, CA, 90028
UNITED STATES OF AMERICA

## NEW YORK

Patrick Hourihan

+1 323 422 9080

c/o Crocmedia
37 W 17th St., 2nd floor West
New York, NY 10011
UNITED STATES OF AMERICA

## SINGAPORE

Marina Mathews,

+65 6837 8014

3E River Valley Road,
#02–04 Clarke Quay
Singapore 179024
SINGAPORE

## MELBOURNE

Janine Greaney,

+61 3 8825 6622

Level 1,
435 Malvern Road
South Yarra VIC 3141
AUSTRALIA

### LATEST NEWS

More...

Crocmedia news breaks worldwide
Tiger Woods exclusive
More...

Meet the team at Crocmedia
More...

### NEWSLETTER ARCHIVE

Click here for newsletter archives

---

Site Designed by Savi Communications PL   |   Copyright Crocmedia 2008   | Disclaimer | Los Angeles | New York | Singapore | Melbourne

NO. A-187,113

| | | |
|---|---|---|
| KLEIN INVESTIGATIONS & CONSULTING AND PHILLIP KLEIN, INDIVIDUALLY<br>*Plaintiffs* | §<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT OF |
| V. | §<br>§ | JEFFERSON COUNTY, TEXAS |
| DYLAN HOWARD, WIDE EYE COMMUNICATIONS, CROCMEDIA<br>*Defendants* | §<br>§<br>§ | 58TH JUDICIAL DISTRICT |

### DEFENDANTS' DYLAN HOWARD AND WIDE EYE COMMUNICATIONS, PTD, LTD.'S NOTICE OF FILING NOTICE OF REMOVAL

Please take notice that on July 19, 2010, Defendants Dylan Howard and Wide Eye Communications, PTD, Ltd. removed the above-captioned state-court litigation to the United States District Court for the Eastern District of Texas, Beaumont Division. A complete copy of the Notice of Removal is attached to this Notice of Filing Notice of Removal.

In accordance with 28 U.S.C. §1446(d), the filing of the Notice of Removal immediately effects the removal of this action to the United States District Court, and all further state-court proceedings are stayed until and unless this case is remanded by order of the United States District Court.

Respectfully submitted.

WELLS, PEYTON, GREENBERG & HUNT, LLP

By: /s/ Bruce M. Partain
Bruce M. Partain
Texas Bar No. 15548400
bpartain@wellspeyton.com
550 Fannin, Suite 600
Beaumont, Texas 77701
Telephone (409) 838-2644
Facsimile: (409) 838-0416
*Attorneys for Defendants Dylan Howard and Wide Eye Communications, PTD, Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of July, 2010 a true and correct copy of the foregoing was furnished to:

VIA CM/ECF ELECTRONIC NOTIFICATION
John Morgan
Harris, Duesler & Hatfield, LLP
P.O. Box 830
Beaumont, Texas 77704-0830
*Attorney for Plaintiffs Klein Investigation & Consulting and Phillip Klein, Individually*

VIA FIRST CLASS MAIL
Crocmedia
Brooke George, Manager
6464 Sunset Blvd., Suite 830
Hollywood, CA 90028

/s/ Bruce M. Partain
Bruce M. Partain