

New York | Los Angeles | Chicago | Singapore | Melbourne

NON-DISCLOSURE AGREEMENT

This Agreement is entered into effective as of Tuesday, November 10, 2009 between PHILIP R. KLEIN, of KLEIN INVESTIGATIONS AND CONSULTING (the "Company") and DYLAN HOWARD, of CROCMEDIA ("Recipient").

Recipient is acting as an expert advising the Company in connection with PROJECT: DISAPPEARANCE OF PATRICK MCDERMOTT (the "Purpose") and for the purpose the Company may take certain Confidential Information (as defined below) available to the Recipient.

As a condition to, and in consideration of, the Company's furnishing of Confidential Information to the Recipient, the Recipient agrees to the restrictions and undertakings contained in this Agreement.

Recipient agrees that all information disclosed by the Company to Recipient, including any such information disclosed prior to the date of this Agreement, and including without limitation information acquired by Recipient in writing, orally or by inspection of the Company's property, relating to (without limitation) the Company's prototypes, samples, technical data, trade secrets, know-how, actual and anticipated research, developments or products, product plans, services, software, inventions, processes, discoveries, formulas, architectures, concepts, ideas, designs, drawings, personnel, customers, markets, marketing plans, distribution methods, financial information, sales or programming matter, compositions, drawings, diagrams, computer programs, studies, work in progress, visuals demonstrations, manufacturing plans, confidential information disclosed to the Company by third parties, and other data, whether oral, written, graphic, or electronic form should be considered "Confidential Information."

However, Confidential Information shall not include information which, as Recipient can prove in written evidence, (i) is now or subsequently becomes generally known or available by publication, commercial use or otherwise, through no fault of the Recipient, (ii) is known by Recipient at the time of disclosure, or (iii) is lawfully obtained by Recipient without violation of a confidentiality obligation.

Recipient agrees (i) to use Confidential Information solely for the Purpose; (ii) to use all possible means to maintain the Confidential Information in strict confidence, and at lease those measure that it employs for the protection of its own confidential information, but in any event not less than a reasonable degree of care, (iii) to disclose Confidential Information only to Recipient's employees who are required to have the information for the Purpose and have previously signed an agreement in content similar to the provisions hereof; and (iv) to immediately notify in writing the Company in the event of any unauthorized use or disclosure of the Confidential Information Recipient shall not reverse engineer, disassemble, decompile or copy any software or other tangible objects which embody the Confidential Information, nor

Crocmedia America. 6464 Sunset Boulevard, Suite 610 Hollywood CA 90028 USA
p +1 323 362 0102 f +1 323 362 0105 ei 22-3941955 www.crocmedia.com





New York | Los Angeles | Chicago | Singapore | Melbourne

export or re-export or otherwise transmit, directly or indirectly, any Confidential Information, or the direct product of Confidential Information, except with the applicable government export approvals or export permits.

All Confidential Information and all of the Company's trademarks retain the property of the Company and no license or other rights in the Confidential Information or such trademarks are granted hereby, except as expressly provided above. The Agreement does not constitute a joint venture or other such business agreement. All information is provided "as is" and without any warranty, express, implied, or otherwise, regarding its accuracy or performance.

Recipient agrees to return to the Company immediately upon the Company's written request all documents and other tangible objects containing or representing the Confidential Information and all copies thereof which are in possession of Recipient, including but not

Recipient: CROCMEDIA
Representative: DYLAN HOWARD
Address: 6464 SUNSET BOULEVARD, SUITE 830
City, State, Zip: HOLLYWOOD, CALIFORNIA, 90028
Telephone: +1 323 382 0102
E-mail: dylan@crocmedia.com
By:
Date: 10-Nov-09

Company: KLEIN INVESTIGATIONS AND CONSULTING
Representative: PHILIP R. KLEIN
Address: P.O. BOX 1212
City, State, Zip: NEDERLAND, TEXAS 77627
Telephone: +1 409 729-8798 x 6
E-mail: philipklein@gtbizclass.com
By:
Date: 11/12/09      Pres

FINALISED: ADT/DH 11/10/09 4:20:16 PM

Crocmedia America, 6464 Sunset Boulevard, Suite 610 Hollywood CA 90028 USA
p +1 323 382 0102  f +1 323 382 0105  ei 22-3941955  www.crocmedia.com